IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| DEZELL YOUNG, #150077 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-04-313 |
| | § | |
| GENE LEONARD, ET AL. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order, the above-styled cause is

**DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 21ˢᵗ day of November, 2006.

_____
Samuel B. Kent
United States District Judge